Samuel P. Johnston, defendant in error, v. Robert H. Anthony, plaintiff in error. Gen. No. 36,942.

Opinion filed November 27, 1934. Rehearing denied December 10, 1934.

Joseph E. Winterbotham, for plaintiff in error. O. J. C. Wray, for defendant in error; James V. Sallemi and Altheimer, Mayer, Woods & Smith, of counsel.

Mr. Justice Sullivan delivered the opinion of the court.

Abe Ellis and Harold Ellis, trading as Hamlin Parkway Garage, for use of Henry Perlman, appellant, v. Liberty Trust and Savings Bank, appellee. Gen. No. 37,138.

Opinion filed November 27, 1934.

Henry Perlman, *pro se.* Wilhartz, Hirsch & Schanfarber, for appellee; Julian H. Levi, of counsel.

Mr. Justice Sullivan delivered the opinion of the court.

Frank Lester, defendant in error, v. Michael Levin and Robert Mors, sued as John Doe, plaintiffs in error. Gen. No. 37,254.

Opinion filed November 27, 1934. William R. Peacock, for plaintiffs in error. No appearance for defendant in error.

Mr. Justice Sullivan delivered the opinion of the court.